Lanzinger, J., would grant the motion for reconsideration and accept the appeal.
Pfeifer, O'Connor, and Cupp, JJ., would deny the motion for reconsideration.

# CASE ANNOUNCEMENTS

*May 6, 2010*

[Cite as *05/06/2010 Case Announcements*, 2010-Ohio-1973.]

## MOTION AND PROCEDURAL RULINGS

2009–1765.   **AERC Saw Mill Village, Inc. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2007–A–764. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's request for oral argument before the full court,
   It is ordered by the court that the request is granted.

## MEDIATION REFERRALS

   The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

2010–0636.   **State ex rel. Akron Paint & Varnish, Inc. v. Gullotta.**
Franklin App. No. 09AP–492, 2010-Ohio-1321.

2010–0638.   **State ex rel. Con-way Freight, Inc. v. Indus. Comm.**
In Mandamus.

2010–0647.   **Cinco Properties, L.L.C. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2008–M–2431.

2010–0669.   **State ex rel. Bensman v. Lucas Cty. Bd. of Elections.**
Lucas App. No. L–08–1211.

2010–0672.   **State ex rel. Smith v. Cincinnati Schools.**
Franklin App. No. 09AP–504, 2010-Ohio-1221.